29 A.3d 1149

**William M. HAAS, Appellant**

v.

**COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the order of the Commonwealth Court is **AFFIRMED.**